# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0015
Lower Tribunal Nos. 18-290 AP, 17-20071 CC, 18-287 AP,
18-288 AP, 18-291 AP, 18-286 AP, 18-289 AP

_____


**Samuel D. Rosen,**
Appellant,

vs.

**Cary Martinez, et al.,**
Appellees.


Appeals from the County Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Douglas H. Stein, P.A., and Douglas H. Stein, for appellant.

Cole, Scott & Kissane, P.A., and Thomas L. Hunker, and Michael A. Rosenberg (Plantation); Litchfield Cavo LLP, and Geralyn M. Passaro, and Krystal A. Acosta, for appellees.


Before LOGUE, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.